# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| | ) | **CASE NO: 10-CR-40049-JPG-1** |
| **-v-** | ) | |
| | ) | |
| **Pieter Roor,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MINUTES OF BENCH TRIAL – DAY 3

**PRESIDING:  HONORABLE J. PHIL GILBERT, U.S. DISTRICT JUDGE**

**DATE:** February 23, 2018                    **PLACE:** Benton, Illinois

**COURT REPORTER:** Stephanie Rennegarbe

**COURTROOM DEPUTY:** Tina Gray

**COUNSEL FOR PLAINTIFF:** Jennifer D.L. Hudson

**COUNSEL FOR DEFENDANT:** Bobby Edward Bailey

                                                                **TIME:**  10:00 AM – 1:30 PM
                                                                **RECESS:** 12:00 PM – 1:00 PM

**All parties are present in open Court.  This matter is called on a Bench Trial, Day 3.**

## FINAL ARGUMENT:

Jennifer Hudson on behalf of Plaintiff

Bobby Bailey on behalf of Defendant

The Court finds the Government has proven its case beyond a reasonable doubt and finds the defendant guilty as to Counts 1, 2 and 3 of the Indictment.

The Court is going to Order a presentence investigation report.

Sentencing is scheduled for May 31, 2018 at 10:30 a.m. before the Honorable J. Phil Gilbert in Benton, IL.

The Government is to submit proposed findings of fact and conclusions of law to the Court within 14 days.

Bench Trial concludes at 1:30 p.m.

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tina Gray
Deputy Clerk