UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,   )<br>  )<br>     v.   )<br>  )<br> PIETER ROOR, and   )<br> HELEEN ROOR-POTMAN,   )<br>  )<br>     Defendants.   )<br>  ) | Case No.   10CR40049-JPG |

## MEMORANDUM AND ORDER

**Gilbert, District Judge:**

This matter is before the Court on the Government's motion requesting the Court to enter an Order authorizing the Clerk of Court to turn over restitution funds held on behalf of Hugh DeNeal to identified victims in case number 09CR40036.

The Court concludes that cause exists to grant the motion, and, therefore, it is hereby ORDERED that the Motion of United States of America to Authorize Restitution Payment transfer from Hugh DeNeal to victims identified in case number 09CR40036 GRANTED (Doc. 198); and it is further ORDERED that the Clerk of Court shall accept restitution funds currently held on behalf of Hugh DeNeal in case number 10CR40046 and apply the same funds towards the restitution payments owed by Hugh DeNeal in case number 09CR40036.

**IT IS SO ORDERED.**
**DATED:   December 9, 2022**

                                                        /s/ J. Phil Gilbert
                                                      **J. PHIL GILBERT**
                                                      **U.S. DISTRICT JUDGE**